**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE PENN MUTUAL LIFE INSURANCE
COMPANY,

                Plaintiff,

- against -

ADAM MADOW, ANDREW MARVEL
& PHYLLIS SACHS,

                Defendants.
-----------------------------------------------------------X

ANDREW MARVEL, individually, PHYLLIS
SACHS, individually and as preliminary
executrix of THE ESTATE OF MARCIA
MARVEL,

                Third-Party Plaintiffs,

- against -

ROBERT MADOW & R. MADOW &
SONS, INC.,

                Third-Party Defendants.
-----------------------------------------------------------X

**ORDER**
CV 07-3188(AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Before the Court is Plaintiff's motion [DE 94] for summary judgment pursuant to Federal Rule of Civil Procedure 56. Having reviewed the parties' submissions and the applicable case law, I am GRANTING, in part, and DENYING, in part, Plaintiff's motion. A substantive written decision will follow.

Dated: Central Islip, New York
       March 31, 2010

                                            **SO ORDERED.**

                                            /s/ A. Kathleen Tomlinson
                                            A. KATHLEEN TOMLINSON
                                            U.S. Magistrate Judge